UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: MICHAEL E. KUGLITSCH and
JACQUELINE M. KUGLITSCH,

Debtors.

Case No. 10-37430-MDM
(Chapter 7)

**NOTICE OF HEARING ON MOTION OF THE U. S. TRUSTEE TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) BASED ON 11 U.S.C. § 707(b)(3)**

### Motion

Notice is hereby given that a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) Based on 11 U.S.C. § 707(b)(3) was filed by the United States Trustee for the Eastern District of Wisconsin.

### Hearing

A preliminary hearing on the Motion will be held on **March 14, 2011 at 1:30 p.m.,** before the **Honorable Magaret Dee McGarity,** United States Bankruptcy Judge, **via telephone. The court will initiate the conference call**.

### Objections

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then **no less than one day before March 14, 2011**, you or your attorney must file with the Court a written response which explains your position at:

Attorney Michelle S. Y. Cramer
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478

**Janet Medlock**
**Clerk of the United States Bankruptcy Court**
**126 Federal Courthouse**
**516 East Wisconsin Avenue**
**Milwaukee, WI 53202**

If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it no less than one day before **March 14, 2011**, the date set for hearing.

You must also mail a copy of your written response to:

**Attorney Michelle S. Y. Cramer**
**Office of the U.S. Trustee**
**516 East Wisconsin Avenue, Suite 430**
**Milwaukee, WI 53202**

**In addition, you or your attorney must attend the hearing at the date and time set forth above**. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the Motion.

Dated: February 17, 2011.

                                                                 /s/
                                          MICHELLE S. Y. CRAMER
                                          Attorney for the United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: MICHAEL E. KUGLITSCH and JACQUELINE M. KUGLITSCH, | Case No. 10-37430-MDM (Chapter 7) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, I electronically filed the **UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO § 707(b)(1) AS AN ABUSE UNDER § 707(b)(3)**, and that on February 17, 2011, I electronically filed the **NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO § 707(b)(1) AS AN ABUSE UNDER § 707(b)(3)** with the Clerk of the Bankruptcy Court using the ECF system which did and will send notification of such filing to the following:

Attorney Jeffrey D. Friebert
Trustee Andrew N. Herbach

and further, that on February 16, 2011, I mailed copies of both documents, via first-class U.S. mail, to the following parties:

Michael E. and Jacqueline M. Kuglitsch
N3363 Oxbow Rd
Columbus, WI 53925

                                      /s/
                                    MARY JO MALONE
                                    Paralegal Specialist
                                    Office of the United States Trustee